UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Y.A., A MINOR CHILD BY
NEXT FRIEND, IBRAHIM
ALZANDANI, W.A., A MINOR
CHILD BY NEXT FRIEND,
NADHEM ALNAJAR, AND A.M.,
A MINOR CHILD BY NEXT
FRIEND, ABRAHAM MUZIB,
Personally and on behalf of all
similarly situated persons,

     Plaintiffs,

v.

HAMTRAMCK PUBLIC
SCHOOLS, WAYNE COUNTY
REGIONAL EDUCATIONAL
SERVICE AGENCY, AND
MICHIGAN DEPARTMENT OF
EDUCATION,

     Defendants.

No.: 2:23-cv-12817-DML-DRG

HON. DAVID M. LAWSON

MAG. DAVID R. GRAND

**DEFENDANT MICHIGAN
DEPARTMENT OF
EDUCATION'S NOTICE OF
APPEAL**

---

Kassem M. Dakhlallah (P70842)
Hammoud, Dakhlallah &
Associates, PLLC
Attorney for Plaintiffs
6050 Greenfield Rd., Ste. 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

Jennifer L. McManus (P65976)
Fagan McManus, P.C.
Attorney for Plaintiffs
25892 Woodward Avenue
Royal Oak, MI 48067-0910
(248) 542-6300
jmcmanus@faganlawpc.com

Brandon S. Corcoran (P85673)
Miller Johnson
Attorney for Defendant Wayne
County Regional Educational
Service Agency
500 Woodward#2800
Detroit, MI 48226
(313) 672-6946
corcoranb@millerjohnson.com

Robert A. Dietzel (P67567)
Erin H. Walz (P55484)
Kelly S. Bowman (P87014)
Thrun Law Firm, P.C.
Attorneys for Defendant
Hamtramck Public Schools
2900 West Road, Suite 400
P.O. Box 2575
East Lansing, Michigan 48826-
2575
(517) 484-8000
rdietzel@thrunlaw.com
ewalz@thrunlaw.com
 kbowman@thrunlaw.com

Bryan W. Beach (P69681)
Neil A. Giovanatti (P82305)
Ticara D. Hendley (P81166)
Assistant Attorneys General
Attorneys for Defendant Michigan
Department of Education
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
beachb@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

Kevin T. Sutton (P65364)
Miller Johnson
Attorney for Defendant Wayne
County Regional Educational
Service Agency
I409 E. Jefferson, Fifth Floor
Detroit, MI 48226
(248) 258-2850
suttonk@millerjohnson.com

### DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Michigan Department of Education (MDE) hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order denying MDE's motion to dismiss (ECF No. 67), entered in this action on September 24, 2024.  MDE appeals as of right the Court's Order denying MDE sovereign immunity

1

under the Eleventh Amendment to Plaintiffs' claims brought under the Americans with Disabilities Act.  (See Order, PageID.1352–1354.)  *See also* 28 U.S.C. § 1291; *see also Kerchen v. Univ. of Mich.*, 100 F.4th 751, 758 (6th Cir. 2024).

Respectfully submitted,

/s/ *Bryan W. Beach*
Bryan W. Beach (P69681)
Neil A. Giovanatti (P82305)
Ticara D. Hendley (P81166)
Assistant Attorneys General
Attorneys for Defendant
Michigan Department of Education
Health, Education & Family Services
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
beachb@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov

Dated:  October 2, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on **October 2, 2024**, I electronically filed **Defendant Michigan Department of Educations' Notice of**

**Appeal** with the Clerk of the Court using the ECF system which will

send notification of such to all represented parties.

/s/ *Bryan W. Beach*
Bryan W. Beach (P69681)
Neil A. Giovanatti (P82305)
Ticara D. Hendley (P81166)
Assistant Attorneys General
Attorneys for Defendant
Michigan Department of
Education
Health, Education & Family
Services
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
beachb@michigan.gov
giovanattin@michigan.gov
hendleyt1@michigan.gov