UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-0108**

Case Title: **Y.A., a Minor Child, et al** vs. **Hamtramck Public Schools**

List all clients you represent in this appeal:

**Hamtramck Public Schools**

- ☐ Appellant
- ☑ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor
- (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Robert A. Dietzel**   Signature: s/ *Robert A. Dietzel*

Firm Name: **Thrun Law Firm**

Business Address: **2900 West Road, Suite 400**

City/State/Zip: **East Lansing, MI 48826**

Telephone Number (Area Code): **517-374-8858**

Email Address: **rdietzel@thrunlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.