# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 02, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 24-1855, *Ibrahim Alzandani, et al v. Hamtramck Public Schools, et al*
         Originating Case No. : 2:23-cv-12817

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Robin L Baker, Case Manager for
                Sharday S. Swain, Case Manager
                Direct Dial No. 513-564-7027

cc:  Ms. Selene Almazan-Altobelli
   Mr. Kassem M. Dakhlallah
   Mr. Neil Anthony Giovanatti
   Ms. Kathleen Ann Halloran
   Ms. Ticara D. Hendley
   Ms. Jennifer Lossia McManus
   Ms. Ryan Olivia Rosenberg Kobernick
   Mr. Mark Anthony Weiker
   Ms. Marissa Wiesen

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1855

_____

Filed: July 02, 2025

IBRAHIM ALZANDANI

    Plaintiff

and

Y.A., a Minor by Next Friend Ibrahim Alzandani; W.A., a Minor by Next Friend Nadhem Alnajar; A.M., a Minor by Next Friend Abraham Muzib

    Plaintiffs - Appellees

v.

HAMTRAMCK PUBLIC SCHOOLS

    Defendant

and

MICHIGAN DEPARTMENT OF EDUCATION

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 05/22/2025 the mandate for this case hereby issues today.

COSTS: None