No. 24-0106

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 3, 2025
KELLY L. STEPHENS, Clerk

In re: WAYNE COUNTY REGIONAL
EDUCATIONAL SERVICE AGENCY,

    Petitioner.

Before: SUTTON, Chief Judge; BATCHELDER and RITZ, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Eastern District of Michigan at Detroit.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for permission to appeal is GRANTED.

ENTERED BY ORDER OF THE COURT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk