UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Y.A., A MINOR CHILD BY NEXT FRIEND, IBRAHIM ALZANDANI, W.A., A MINOR CHILD BY NEXT FRIEND, NADHEM ALNAJAR, AND A.M., A MINOR CHILD BY NEXT FRIEND, ABRAHAM MUZIB, Personally and on behalf of all similarly situated persons,

    Plaintiffs,

v.

HAMTRAMCK PUBLIC SCHOOLS, WAYNE COUNTY REGIONAL EDUCATIONAL SERVICE AGENCY, AND MICHIGAN DEPARTMENT OF EDUCATION,

    Defendants.

No.: 2:23-cv-12817-DML-DRG

HON. DAVID M. LAWSON

MAG. DAVID R. GRAND

**DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION'S NOTICE OF APPEAL**

---

Kassem M. Dakhlallah (P70842)
Hammoud, Dakhlallah & Associates, PLLC
Attorney for Plaintiffs
6050 Greenfield Rd., Ste. 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

Jennifer L. McManus (P65976)
Fagan McManus, P.C.
Attorney for Plaintiffs
25892 Woodward Avenue
Royal Oak, MI 48067-0910
(248) 542-6300
jmcmanus@faganlawpc.com

| | |
|---|---|
| Brandon S. Corcoran (P85673)<br>Miller Johnson<br>Attorney for Defendant Wayne County Regional Educational Service Agency<br>500 Woodward #2800<br>Detroit, MI 48226<br>(313) 672-6946<br>corcoranb@millerjohnson.com | Ticara D. Hendley (P81166)<br>Neil A. Giovanatti (P82305)<br>Assistant Attorneys General<br>Attorneys for Defendant Michigan Department of Education<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>hendleyt1@michigan.gov<br>giovanattin@michigan.gov |
| Robert A. Dietzel (P67567)<br>Erin H. Walz (P55484)<br>Kelly S. Bowman (P87014)<br>Thrun Law Firm, P.C.<br>Attorneys for Defendant Hamtramck Public Schools<br>2900 West Road, Ste. 400<br>P.O. Box 2575<br>East Lansing, MI 48826-2575<br>(517) 484-8000<br>rdietzel@thrunlaw.com<br>ewalz@thrunlaw.com<br>kbowman@thrunlaw.com | Kevin T. Sutton (P65364)<br>Miller Johnson<br>Attorney for Defendant Wayne County Regional Educational Service Agency<br>1409 E. Jefferson, Fifth Floor<br>Detroit, MI 48226<br>(248) 258-2850<br>suttonk@millerjohnson.com |

## DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Michigan Department of Education (MDE) hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order denying MDE's motion to dismiss (ECF No. 67), entered in this action on September 24, 2024. On December 13, 2024, MDE filed a Petition for Permission to Appeal

2

Pursuant to 28 U.S.C. § 1292(b). On July 3, 2025, the Sixth Circuit Court granted the petition to appeal. (See Exhibit A, July 3, 2025 Order, Document: 14; Exhibit B, July 3, 2025 Judgment.) The Sixth Circuit ordered that the issues on appeal pursuant to 28 U.S.C. § 1292(b) are: (1) whether the Individuals with Disabilities Education Act's (IDEA) exhaustion requirement contains a futility exception; and (2) whether a State Education Agency may be liable under the IDEA, and if so under what circumstances.

                                          Respectfully submitted,

                                          /s/ *Neil A. Giovanatti*
                                          Neil A. Giovanatti (P82305)
                                          Ticara D. Hendley (P81166)
                                          Assistant Attorneys General
                                          Attorneys for Defendant
                                          Michigan Department of Education
                                          Health, Education & Family Services Division
                                          P.O. Box 30758
                                          Lansing, MI 48909
                                          (517) 335-7603
                                          giovanattin@michigan.gov
                                          hendleyt1@michigan.gov

Dated: July 15, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that, on **July 15, 2025**, I electronically filed **Defendant Michigan Department of Educations' Notice of Appeal** with the Clerk of the Court using the ECF system which will send notification of such to all represented parties.

/s/ *Neil A. Giovanatti*
Neil A. Giovanatti (P82305)
Ticara D. Hendley (P81166)
Assistant Attorneys General
Attorneys for Defendant
Michigan Department of
Education
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
hendleyt1@michigan.gov