UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Y.A., a Minor, by Next Friend Ibrahim Alzandani, et al

        Plaintiff(s),

v.

Hamtramck Public Schools, et al

        Defendant(s).
_____/

Case No. 2:23-cv-12817-BRM-DRG

Brandy R. McMillion

David R. Grand

## NOTICE OF APPEAL

Notice is hereby given that <u>Hamtramck Public Schools</u> appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☑ Order

☐ Other: _____

entered in this action on <u>September 24, 2024</u>.

Date: July 15, 2025

Counsel is: RETAINED

s/Robert A. Dietzel

P67567
Thrun Law Firm, P.C.
2900 West Road
Suite 400
East Lansing, Michigan 48823
517-484-8000
rdietzel@thrunlaw.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.