**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Y.A., A MINOR CHILD, BY
NEXT FRIEND, IBRAHIM
ALZANDANI, W.A., A MINOR CHILD
BY NEXT FRIEND NADHEM
ALNAJAR, AND A.M., A MINOR
CHILD BY NEXT FRIEND ABRAHAM
MUZIB,

   Personally and on behalf of all similarly
                situated persons,

                     Plaintiffs,

v.

HAMTRAMCK PUBLIC SCHOOLS,
WAYNE COUNTY REGIONAL
EDUCATIONAL SERVICE AGENCY,
AND MICHIGAN DEPARTMENT OF
EDUCATION,
                    Defendants.

_____/

Case No. 23-cv-12817

Hon. Brandy R. McMillion
United States District Judge

## OPINION AND ORDER OF DISMISSAL

Plaintiffs Y.A, W.A., and A.M. ("Plaintiffs") filed this action, on behalf of themselves and all other similarly situated persons, against Defendants Hamtramck Public Schools ("HPS"), Wayne County Regional Educational Service Agency ("WRESA"), and Michigan Department of Education ("MDE") (collectively, "Defendants") for violations of their rights as students with disabilities under the

1

Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 et seq.; § 504 of the Rehabilitation Act of 1973 ("§ 504"), 29 U.S.C. § 79; Title II of the Americans with Disabilities Act of 1990 ("Title II" or "ADA"), 42 U.S.C. § 12131; and Michigan law, Mich. Comp. Laws § 380.1701 et seq., Michigan Administrative Rules for Special Education ("MARSE") R. 340.1701-340.1873.  *See* ECF No. 46.

Each Defendant filed Motions to Dismiss on various grounds.  *See* ECF No. 49, 51, 52.  The Court denied these motions.  ECF No. 67.  MDE filed an appeal challenging the denial on the grounds that it was subject to immunity from Plaintiffs' ADA claims.  *See* ECF No. 69.  The remaining Defendants, together with MDE, motioned the Court to certify for interlocutory appeal the issue of whether there was a systemic violation futility exception to IDEA's exhaustion requirement that prevented dismissal of Plaintiffs' claims.  *See* ECF Nos. 71, 72, 74.  The Court agreed to certify the issue for appeal and stayed the case pending resolution in the Sixth Circuit Court of Appeals.  ECF No. 86.

On May 22, 2025, the Sixth Circuit reversed this Court's denial of dismissal of the ADA claims as to MDE, finding that MDE was subject to sovereign immunity under the ADA.  ECF No. 88.  And on May 12, 2026, the Sixth Circuit reversed the denial of dismissal of the IDEA claims, finding that there was no systemic violation futility exception to IDEA requiring Plaintiffs to exhaust their administrative remedies before proceeding in federal court.  ECF No. 103.

Accordingly, **IT IS HEREBY ORDERED** that Counts I-IV of the Amended Complaint (ECF No. 46) are **DISMISSED WITHOUT PREJUDICE**.  Plaintiff is granted leave to refile those claims after Plaintiff exhaust their administrative remedies, if they so desire.  However, Count III as to Defendant Michigan Department of Education is **DISMISSED WITH PREJUDICE**.

*This is a final Order that closes the case.*

**IT IS SO ORDERED.**

Dated: June 9, 2026                                    s/Brandy R. McMillion
      Detroit, Michigan                         BRANDY R. MCMILLION
                                 United States District Judge